## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Jean Lavelle,<br>    Plaintiff | Docket 3:10-cv-00335-JMM |
| | (JUDGE JAMES M. MUNLEY) |
| v. | |
| Riexinger & Associates, LLC,<br>    Defendant | FILED ELECTRONICALLY |

### ORDER

This action is hereby dismissed with prejudice and without cost to either party.

Date: 3/18/10

_____
James M. Munley
United States District Judge